UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| KIMBERLY COENEN | : | Case No.: _____ |
| | : | |
| VERSUS | : | Judge: _____ |
| | : | |
| BENNETT MOTOR EXPRESS, LLC AND STEPHANIE DUNCAN | : | Magistrate: _____ |

**PETITION FOR REMOVAL TO FEDERAL COURT**

**NOW INTO COURT**, through undersigned counsel, come Petitioners in Removal, BENNETT MOTOR EXPRESS, LLC and STEPHANIE DUNCAN (hereinafter sometimes referred to as "Petitioners") who respectfully submit the following:

### I.   PROCEDURAL HISTORY

1.

Petitioners were made defendants in the action entitled KIMBERLY COENEN V. BENNETT MOTOR EXPRESS, LLC and STEPHANIE DUNCAN, designated Suit No. 639,560-A, filed in the First Judicial District Court of Louisiana in Caddo Parish.

2.

On or about October 9, 2021, STEPHANIE DUNCAN was operating a vehicle under the authority of BENNETT MOTOR EXPRESS, LLC at the time of the accident in question. The action was commenced on September 14, 2022, when KIMBERLY COENEN's *Petition for Damages* (the "Petition") was filed in the First Judicial District Court of Louisiana. There is no alleged amount in controversy (see *Exhibit A*).

3.

Petitioners filed their *Answer to Plaintiff's Petition for Damages* (the "Answer") in the First Judicial District Court on November 14, 2022 (see *Exhibit B*).

4.

On December 13, 2022, Petitioners propounded upon Kimberly Coenen through her attorney of record, Mr. Ryan T. Lloyd, *Defendants' First Set of Requests for Admissions of Fact* (see *Exhibit E*).

5.

On January 3, 2023, Kimberly Coenen, through her attorney of record, Mr. Ryan T. Lloyd, responded to the aforementioned *Defendants' First Set of Requests for Admissions of Fact* (see *Exhibit F*).

## II. GROUNDS FOR REMOVAL

6.

Based on the foregoing, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and the matter is removed pursuant to U.S.C. § 1441 and § 1446. The amount in controversy claimed is in excess of $75,000 as admitted in Plaintiff's response to *Defendants' Request for Admissions of Fact*, meeting the requirements in 28 U.S.C. § 1332. Removal of this matter is timely because this *Petition for Removal to Federal Court* is being filed within 30 days from the date that the Petitioners received notice from Kimberly Coenen that the amount in controversy exceeds $75,000.00 and it is within one (1) year of the commencement of this action. 28 U.S.C. § 1446(b)(3).

### III. PROCEEDINGS IN STATE COURT

7.

Petitioners have filed an answer in the State Court Proceeding.

8.

Removal is timely because this petition is being filed within 30 days from the date that the Petitioners received notice from Plaintiff, Kimberly Coenen, that the amount in controversy exceeds $75,000.00 and that it is being filed within one (1) year of September 14, 2022, which is the date of the commencement of the action, and therefore, complies with 28 U.S.C. § 1446 (c)(1).

### IV. CITIZENSHIP OF PARTIES

9.

Furthermore, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1332 on the basis that the alleged amount in controversy exceeds $75,000.00, and Kimberly Coenen is a citizen of the state of Louisiana while all Petitioners in Removal are citizens of states other than Louisiana.

a. **Plaintiff is a Citizen of Louisiana.**

10.

Plaintiff, Kimberly Coenen, as set forth in her Petition, is a domiciliary of the State of Louisiana, and therefore is a citizen of Louisiana (see *Exhibit A, page 1*). This is supported by her address listed in the Shreveport Police Department Crash Report (Crash No. 21-135964; see *Exhibit G, page 4*)

b.   **Bennett Motor Express, LLC is not a citizen of Louisiana.**

11.

Defendant, Bennett Motor Express, LLC is a limited liability company, and is therefore a citizen of every state in which any of its members is a citizen. Bennett Motor Express, LLC is owned by the parent organization Bennett International Group, LLC. Bennett International Group, LLC has two members, both of which are also limited liability companies and are owned by the same five trusts. In a signed and notarized affidavit, the General Counsel of all of these limited liability companies, Mr. Grant R. Brooker, has sworn that none of the limited liability companies or trusts are citizens of Louisiana. Consequently, Bennett Motor Express, LLC is not a citizen of Louisiana (see *Exhibit H and H-1*).

c.   **Stephanie Duncan is not a Citizen of Louisiana.**

11.

Defendant, Stephanie Duncan, as set forth in the Plaintiff's Petition, is a domiciliary of the State of Alabama, and therefore is therefore a citizen of Alabama (see *Exhibit A, page 1*). This is supported by her address listed on her Driver's License (see *Exhibit I*).

### V.   THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

13.

The amount in controversy requirement of 28 U.S.C. §1332 is satisfied in this matter as evident in Plaintiff's answers to *Defendants' Request for Admissions of Fact*, in which the Plaintiff admits that the total damages sustained by Plaintiff will exceed $75,000.01 (see *Exhibit F, Answer to Request for Admission No. 6*).

## VI. VENUE

14.

Without waiving Defendants' right to challenge, among other things, personal jurisdiction and/or venue by way of motion or otherwise, both are proper in the United States District Court for the Western District of Louisiana, pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 124(c)(6). This action was originally brought in the 1st Judicial District Court, Parish of Caddo, Louisiana.

## VII. SERVICE OF PETITION FOR REMOVAL

17.

Notice of Removal has been filed in State Court.

18.

To the knowledge of the Petitioners in Removal, no additional process, pleadings, or orders have been filed in this action. There are no other defendants who must give approval for removal and no discovery has been obtained.

19.

On the same date as the filing of this *Petition for Removal to Federal Court*, written notice was duly mailed to Plaintiff's counsel of record, Mr. Ryan T. Lloyd with Gordan McKernan Injury Attorneys at 2700 Forsythe Avenue, Monroe, LA 71201 and a copy of this *Petition for Removal to Federal Court* has been mailed to the First Judicial District Court, Parish of Caddo, State of Louisiana for filing in Suit No. 639,560-A.

20.

**WHEREFORE**, Petitioners in Removal, BENNETT MOTOR EXPRESS, LLC, and STEPHANIE DUNCAN, pray that this action be removed from the First Judicial District

Court, Parish of Caddo, State of Louisiana to the United States District Court for the Western District of Louisiana, Shreveport Division, pursuant to 28 U.S.C. § 1441, *et seq.*, because the United States District Court for the Western District of Louisiana is the federal judicial district that embraces the First Judicial District Court of the State of Louisiana wherein this action was originally filed.

FURTHER PRAY that Petitioners in Removal be granted a trial by jury as to all issues triable by jury.

Respectfully submitted,
PERKINS & ASSOCIATES, LLC

By: */s/ Mark A. Perkins*
Mark A. Perkins (#18529)
Ghazal A. Ullah (#40535)
670 Albemarle Drive, Suite 1200
Shreveport, Louisiana 71106
Telephone: (318) 222-2426
Facsimile: (318) 222-0458
perkins@perkinsfirm.com
ullah@perkinsfirm.com

ATTORNEYS FOR BENNETT MOTOR EXPRESS, LLC, and STEPHANIE DUNCAN.

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic services are being served with a copy of the Court's CM/ECF system per Local Rule CV-5(a)(3) on this **30th** day of **January 2023**. Any other counsel of record will be served by other options which have been checked below:

☐ By certified mail
☐ By regular mail
☐ By overnight mail
☐ By hand delivery
☒ By Email

/s/   Mark A. Perkins
Mark A. Perkins, (#18529)
Ghazal A. Ullah, (#40535)