UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

**KIMBERLY COENEN**                    **CIV. ACTION NO. 5:23-00132**

**VERSUS**                             **MAG. JUDGE KAYLA D. MCCLUSKY**

**BENNETT MOTOR EXPRESS,**
**L. L. C., ET AL.**

### JUDGMENT OF DISMISSAL

The Court's having been advised that the above action has settled [doc. # 21],

**IT IS ORDERED** that this action is hereby **DISMISSED**, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this judgment, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that within sixty (60) days of the signing of this judgment, the parties shall file a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

In Chambers, at Monroe, Louisiana, on this 13th day of March, 2024.

_____
KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE